UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISHI DAYAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00039-JLT-CDB<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE<br><br>(Docs. 5, 12)<br><br>ORDER REQUIRING DEFENDANTS TO MEET/CONFER AND FILE JOINT REPORT<br><br><u>THREE (3)-DAY DEADLINE</u> |

　　　　On January 8, 2024, Plaintiff Nishi Dayal ("Plaintiff") initiated this action with the filing of a complaint against Defendants County of Kern, Kern County District Attorney's Office, Cynthia Zimmer, Andrea Kohler, Gina Pearl, and Kenneth Russell ("Defendants"). (Doc. 1). On January 9, 2024, the Court issued civil new case documents and set an initial scheduling conference for April 8, 2024, at 9:00 AM. (Doc. 5). On April 2, 2024, after the parties failed to timely file a joint scheduling report, and with none of the Defendants having appeared or answered, the Court reset the scheduling conference to May 20, 2024. (Doc. 12). The parties filed a timely joint scheduling report on May 13, 2024. (Doc. 15).

　　　　On May 20, 2024, the Court convened for the scheduling conference via Zoom. (Doc. 17).

1

1  Amber Derham appeared on behalf of Plaintiff.  No counsel appeared for Defendants.  Counsel
2  for Defendants has made no filing or otherwise communicated with chambers of the undersigned
3  regarding his failure to appear for the scheduling conference.

4  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules
5  or with any order of the Court may be grounds for imposition by the Court of any and all
6  sanctions…within the inherent power of the Court."  The Court has the inherent power to control
7  its docket and may, in the exercise of that power, impose sanctions where appropriate, including
8  dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

9  Given their failure to appear or otherwise set forth any cause for their absence from the
10 scheduling conference, IT IS HEREBY ORDERED, Defendants shall show cause in writing
11 within three (3) days of entry of this order why sanctions should not be imposed for their failure
12 to timely appear at the scheduling conference.

13 And IT IS FURTHER ORDERED within three (3) days of entry of this order, Defendants
14 shall meet and confer with Plaintiff and file a joint report identifying dates of mutual availability
15 to appear for a re-set scheduling conference.

16 **Failure to timely comply with this order to show cause will result in the imposition of**
17 **sanctions.**

18 IT IS SO ORDERED.

19   Dated:   **May 20, 2024**
20                                                                   UNITED STATES MAGISTRATE JUDGE