UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISHI DAYAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF KERN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00039-JLT-CDB<br><br>ORDER GRANTING DEFENDANTS' SUBSTITUTIONS OF ATTORNEY<br><br>(Docs. 46-54)<br><br>ORDER DENYING DEFENDANT KERN COUNTY DISTRICT ATTORNEY'S OFFICE'S SUBSTITUTION OF ATTORNEY<br><br>(Doc. 55) |

　　　The Court has read and considered the applications of Defendants Kern County District Attorney's Office, Andrea Kohler, Gina Pearl, and Kenneth Russell to substitute Heather S. Cohen and Michael G. Marderosian as counsel of record in place of Michael E. Lehman and Deborah Reisdorph (Docs. 46-53), as well as Defendant Cynthia Zimmer's request (Doc. 54) to substitute Heather S. Cohen. In light of the requests and for good cause appearing, the substitutions of attorney will be granted.

　　　Defendant Kern County District Attorney's Office filed a second request to substitute Michael G. Marderosian as counsel of record. (Doc. 55). As that request is both redundant (*see* Doc. 47) and unsigned by the former attorneys (*see* Local Rule 182(g), requiring signature by withdrawing attorney), it will be denied.

///

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' substitutions of attorney (Docs. 46-54) are GRANTED.
2. Defendant Kern County District Attorney's Office's substitution of attorney (Doc. 55) is DENIED.

IT IS SO ORDERED.

Dated: **April 29, 2025**

UNITED STATES MAGISTRATE JUDGE