**From:** Amber Derham <abd@gutierrezderham.com>
**Sent:** Tuesday, May 27, 2025 11:47 AM
**To:** Deborah Reisdorph <DReisdorph@tysonmendes.com>; Cori Boren <CBoren@caed.uscourts.gov>
**Cc:** Michael Lehman <MLehman@TysonMendes.com>; Heather Cohen <hcohen@mcc-legal.com>; mgm@mcc-legal.com <mgm@mcc-legal.com>; Emily Page <emily@lawyersforlegal.com>; Amber Garrett <agarrett@tysonmendes.com>; Matthew Gutierrez <mg@lawyersforlegal.com>
**Subject:** RE: Activity in Case 1:24-cv-00039-JLT-CDB Dayal v. County of Kern et al Discovery Hearing.

**CAUTION - EXTERNAL:**

Dear Counsel and Ms. Boren,

To the extent the court is inclined to change to the May 8, 2025 minute order or provide the requested relief, Plaintiff would object. Any motion filed after May 14, 2025 would be untimely.

Defendant Zimmer and Defendant Kern County DA (the moving parties) were provided notice of the minute order electronically to their counsel of record. Further, we note that the minute order indicated the County of Kern to be notified conventionally (i.e. Ms. Reisdorph's office).

While I do not think this is the correct forum to discuss this matter, I want to preserve our position and objection as Plaintiff is not in agreement with Ms. Reisdorph's request.

Thank you,

Amber B. Derham

**LAWYERS FOR LEGAL RIGHTS LLP**
p: 661.452.8875
e: ABD@LawyersForLegal.com

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. Any settlement discussions are considered confidential and not discoverable. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation. For prospective clients, please be advised that an attorney-client relationship is not established unless and until a retainer agreement has been executed between both parties.

**From:** Deborah Reisdorph <DReisdorph@tysonmendes.com>
**Sent:** Friday, May 23, 2025 12:01 PM
**To:** 'Cori Boren' <cboren@caed.uscourts.gov>
**Cc:** Amber Derham <abd@gutierrezderham.com>; Michael Lehman <MLehman@TysonMendes.com>; Heather Cohen <hcohen@mcc-legal.com>; mgm@mcc-legal.com; Emily Page <emily@lawyersforlegal.com>; Amber Garrett <agarrett@tysonmendes.com>
**Subject:** FW: Activity in Case 1:24-cv-00039-JLT-CDB Dayal v. County of Kern et al Discovery Hearing.
**Importance:** High

Madam Clerk:

I was just today informed that Judge Baker issued a minute order on May 8, 2025 requiring Defendants' discovery motion by May 14 ,2025.

However, our office (Tyson Mendes, Michael Lehman and Deborah Reisdorph) **was not served notice of this order**, nor did Judge Baker state this time deadline at the conference on May 8, 2025. Therefore, I did not know about the minute order until just now, and it appears that our office Tyson Mendes was not served anything since the new attorneys were added for Defendants DA office, Kohler, Zimmer, Pearl and Russell.

The SOAs filed did NOT release Tyson Mendes as counsel for **County of Kern**. We explained all this to Judge Baker at the conference on May 8, 2025, However, it appears that Tyson Mendes was removed from the notice records entirely and **we are not receiving any NOTICES from the Court.**

Therefore, I am requesting that Judge Baker allow Defendants to file the Motion to compel discovery by May 27, 2025, the date that is on the Order of Doc 38. **Do I need to file any documents to make this request known?**

Further, I have been in and out of the office due to my mother being in the hospital for a heart related concern, so I did not search the docket for any orders after the conference with the Judge, and I can put this information in a Declaration.

**Please help me get the notices sent to Tyson Mendes, as Counsel for County of Kern, as we have not been substituted for that defendant. dreisdorph@tysonmendes.com and mlehman@tysonmendes.com.**


*Best regards,*

*Deborah S. Reisdorph*

**PLEASE NOTE OUR NEW ADDRESS**



Deborah S. Reisdorph
**Senior Counsel**
5250 N. Palm Ave., Ste:231
Fresno, CA 93704
Main: (559)500-2294
Direct: (559)420-7036
dreisdorph@tysonmendes.com
www.tysonmendes.com

---

**From:** Heather Cohen <hcohen@mcc-legal.com>
**Sent:** Friday, May 23, 2025 11:49 AM
**To:** Deborah Reisdorph <DReisdorph@tysonmendes.com>
**Subject:** FW: Activity in Case 1:24-cv-00039-JLT-CDB Dayal v. County of Kern et al Discovery Hearing.

Heather S. Cohen, Esq.
heather@mcc-legal.com
www.mcc-legal.com



*Licensed to practice in California, Washington, and Arizona

**Bakersfield Office:**
1430 Truxtun Avenue
Suite 720
Bakersfield, CA 93301
Tel: (661) 634-9787
Fax: (559) 441-8170

**Direct All Mail To:**
7797 N. First Street
Suite 101-5
Fresno, CA 93720
Tel: (559) 441-7991 Ext. 104
Cell: (206) 390-0180

*Fresno address must be used for mailing all written correspondence to constitute proper service upon the firm.*

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Thursday, May 8, 2025 11:29 AM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 1:24-cv-00039-JLT-CDB Dayal v. County of Kern et al Discovery Hearing.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 5/8/2025 at 11:28 AM PDT and filed on 5/8/2025
**Case Name:**      Dayal v. County of Kern et al
**Case Number:**    1:24-cv-00039-JLT-CDB
**Filer:**
**Document Number:** 61(No document attached)

**Docket Text:**
**MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Christopher D. Baker: DISCOVERY HEARING held on the record on 5/8/2025. Counsel for Defendants reports they do not consent to resolving the issues identified in the parties' briefing (Doc. [60]) via informal dispute resolution procedures. The Court inquired of the parties regarding the discovery disputes; Defendants are authorized to move to compel as to the matters set forth in the parties' briefing (Doc. [60]) no later than May 14, 2025. Plaintiffs Counsel Amber Derham present. Defendants Counsel Debra Reisdorph and Heather Cohen present. Court Reporter/CD Number: ECRO. (Deputy Clerk CRB)**

1:24-cv-00039-JLT-CDB Notice has been electronically mailed to:

Amber B Derham    abd@lawyersforlegal.com, emily@gutierrezderham.com

Heather Sharon Cohen    heather@mcc-legal.com, kate@mcc-legal.com

Matthew Gutierrez    mg@lawyersforlegal.com, emily@gutierrezderham.com, service@lawyersforlegal.com

Michael Marderosian    mick@mcc-legal.com, heather@mcc-legal.com, kate@mcc-legal.com

1:24-cv-00039-JLT-CDB Electronically filed documents must be served conventionally by the filer to:

County of Kern

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.