1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9
10

NISHI DAYAL,

11

                   Plaintiff,

12

       v.

13
14

COUNTY OF KERN, KERN COUNTY
DISTRICT ATTORNEY'S OFFICE ("KERN

15

COUNTY DA") CYNTHIA ZIMMER, *In Her
Official and Individual Capacity;* ANDREA

16

KOHLER, *In Her Official and Individual*;
GINA PEARL, *In Her Individual Capacity;*

17

KENNETH RUSSELL, *In His Individual
Capacity;* and DOES 1 THROUGH 10,

18

INCLUSIVE,

19
20

                  Defendants.

21

**CASE NO.: 1:24-cv-00039-JLT-CDB**

**STIPULATION RE
CONFIDENTIALITY; ~~(PROPOSED)~~
PROTECTIVE ORDER**

22
23

**STIPULATION RE CONFIDENTIALITY**

24

      The discovery sought by the parties in the above-entitled case is likely to involve the production

25

of documents and things subject to confidentiality limitations on disclosure due to federal laws, state

26

laws, privacy rights about the party (or of another person which information the party is under a duty to

27

maintain in confidence), hereafter referred to as "Confidential Information," and witness testimony

28

containing Confidential Information including, but not limited to, investigations, reports, photographs,

TYSON & MENDES, LLP
5200 N. PALM AVE., STE. 311
FRESNO, CA 93704
(559) 500-2294

-1-

transcripts, interviews, employment documents, payroll documents, personnel files, employment applications, performance reviews, dates of birth, addresses, telephone numbers, social security numbers, etc.

Accordingly, the parties to this action have agreed to enter into this Stipulation re Confidentiality and Protective Order ("the Order") to govern the production of documents and testimony that contains Confidential Information. A Protective Order is necessary due to the serious and sensitive nature of the materials and records to be produced. A Court Order of protection is necessary due to the extreme harm that may result to the parties and third parties by a mere agreement of the Parties.

## Designation of Confidential Information

1.      *Designation of Material.*    Documents and other things claimed to be or to contain Confidential Information shall, prior to production, be marked by the producing party as "Confidential." Placement of the "Confidential" designation on each protected page or on the initial page of a protected document when it is produced shall constitute notice and shall designate the document as Confidential material.  Copies, extracts, summaries, notes, and other derivatives of Confidential material also shall be deemed Confidential material and shall be subject to the provisions of this Order.

2.      *Subsequent Designation.*    Documents and/or materials produced in this litigation that are not identified as Confidential Information when they were initially produced may within a reasonable time thereafter be designated as Confidential by the producing party, or by the party or parties receiving the production, or by a person, by providing written notice to counsel for all other parties and to any person who may be involved.  Each party or person who receives such written notice shall endeavor to retrieve any Confidential Information that may have been disseminated, shall affix a "Confidential" designation to it, and shall thereafter distribute it only as allowed by this Order.  No distribution prior to the receipt of such written notice shall be deemed a violation of this Order.

3.      *Designation of Depositions.*    Depositions or portions thereof upon oral or written questions may be classified as Confidential Information either by an examining party's attorney or by an attorney defending or attending the deposition.  A party claiming that a deposition or any portion thereof is Confidential Information shall give notice of such claim to the other affected parties and persons either prior to or during the deposition, or within twenty-eight (28) days after receipt of the deposition transcript,

TYSON & MENDES, LLP
5200 N. PALM AVE., STE. 311
FRESNO, CA 93704
(559) 500-2294

STIPULATION RE CONFIDENTIALITY; (PROPOSED) PROTECTIVE ORDER

1  and the testimony taken and the transcript of such deposition or portion thereof shall be designated as

2  Confidential.

3      4.  *Modification of Designation.*  The designation of Confidential Information by the

4  producing party shall not be determinative and may be modified or eliminated at any time in one of two

5  ways, as explained below.

6      (a)  The producing party may agree in writing to downgrade or eliminate the Confidential

7  designation concerning any material it produced.

8      (b)  If the parties cannot agree as to the designation of any particular information or

9  material after good faith discussion, the receiving party may move the Court to

10  downgrade or eliminate the "Confidential" designation.  The burden of proving that

11  the information has been properly designated as protected shall be on the party who

12  made the original designation.

13  **Access to Confidential Information**

14      5.  *General Access.*  Except as otherwise expressly provided herein or ordered by the Court,

15  Confidential Information may be revealed only as follows:

16      (a)  To outside counsel for a party hereto (and secretaries, paralegals, and other staff

17  employed in the offices of such outside counsel who are working on the litigation),

18  provided that outside counsel who are not of record must first sign and deliver to

19  counsel of record for each other party or parties a letter in the form of Exhibit A hereto.

20      (b)  To the parties after they have been given a copy of this Confidentiality Stipulation by

21  their outside counsel and signed a letter in the form of Exhibit "A."

22      (c)  To court reporters transcribing a deposition, hearing, or other proceeding in this matter

23  who sign Exhibit "A" attached hereto (excluding court-appointed court reporters).

24      (d)  To independent experts and independent consultants (meaning a person who is not an

25  employee, officer, director, or owner in any capacity of a party and who is retained by

26  a party or a party's outside counsel in good faith for the purpose of assisting in this

27  litigation), officers, directors, partners, members, employees and agents of all non-

28  designating Parties that counsel for such Parties deems necessary to aid counsel in the

Tyson & Mendes, LLP
5200 N. Palm Ave., Ste. 311
Fresno, CA 93704
(559) 500-2294

STIPULATION RE CONFIDENTIALITY; ~~(PROPOSED)~~ PROTECTIVE ORDER

prosecution and defense of this Proceeding; provided, however, that prior to the Disclosure of Confidential Materials to any such officer, director, partner, member, employee or agent, counsel for the Party making the Disclosure shall deliver a copy of this Stipulation and Protective Order to such person, shall explain that such person is bound to follow the terms of such Order, and shall secure the signature of such person on a statement in the form attached hereto as Exhibit A.

6.    *No Copies/Notes.*  Except for internal use by outside counsel for the parties hereto, for Court and deposition copies, and for such use as is expressly permitted under the terms hereof, no person granted access to Confidential Information shall make copies, reproductions, transcripts, or facsimiles of the same or any portion thereof or shall take notes or otherwise summarize the contents of such Confidential Information.

7.    *Disputes over Access.*  If a dispute arises as to whether a particular person should be granted access to Confidential Information, the party seeking disclosure may move the Court to permit the disclosure and must obtain an order of the Court before disclosing the information.

### Use of Confidential Information

8.    *Use in this Litigation Only.*  Confidential Information may be used only for purposes of this litigation.  Each person to whom the disclosure of any Confidential Information is made shall not, directly or indirectly, use, disclose, or disseminate, or attempt to use, disclose, or disseminate, any of the same except as expressly provided herein.

9.    *Use at Depositions.*  If Confidential Information is to be discussed or disclosed during a deposition, the producing party shall have the right to exclude from attendance at the deposition, during the time the Confidential Information is to be discussed, any person who did not previously have access to the Confidential Information or who is not entitled under this Order to receive the Confidential Information.

10.    *Use at Court Hearings and Trial.*  Subject to the provisions of the Federal Rules of Evidence, Confidential Information may be offered into evidence at trial or at any hearing or oral argument, provided that the proponent of the evidence containing Confidential Information gives reasonable advance notice to the Court and counsel for the producing or designating party.  Any party

TYSON & MENDES, LLP
5200 N. PALM AVE., STE. 311
FRESNO, CA 93704
(559) 500-2294

-4-

may move the Court for an order that the evidence be received in camera or under other conditions to prevent unnecessary disclosure.  If presented at trial, the status of evidence as Confidential Information shall not be disclosed to the finder of fact.

11.    *Reasonable Precautions.*  Counsel for each party shall take all reasonable precautions to prevent unauthorized or inadvertent disclosure of any Confidential Information.

12.    *Return After Litigation.*  Within thirty (30) days of the final termination of this litigation by judgment, appeal, settlement, or otherwise, or sooner if so ordered by the Court, counsel for each party shall either (a) return to counsel for the party who furnished the same all items constituting, containing, or reflecting the other party's Confidential Information (except that counsel for each party may maintain in its files, in continuing compliance with the terms of this Stipulation and Protective Order, all work product, and one copy of each deposition together with the exhibits marked at the deposition), (b) agree with counsel for the Designating Party upon appropriate methods and certification of destruction or other disposition of such Confidential Materials, or (c) as to any Documents, Testimony or other Information not addressed by sub-paragraphs (a) and (b), file a motion seeking an order regarding proper preservation of such Materials.

## Other Provisions

13.    *Notice*.   Notice to all individuals identified as those to whom this Notice applies, , shall be given Notice that their identity is being shared as part of this litigation.

14.    *Not an Admission.*  Nothing in this Order shall constitute an admission by any party that information designated as "Confidential" is actually Confidential Information.  Furthermore, nothing contained herein shall preclude the parties or a person from raising any available objection, or seeking any available protection with respect to any Confidential Information, including, but not limited to, the grounds of admissibility of evidence, materiality, trial preparation materials and privilege.

15.    *Miscellaneous.*  This Order shall apply to the production of all materials whether or not such materials are informally produced or produced in response to a formal discovery request or a Court order in this litigation.  This Order may be used to protect the confidentiality of the residential addresses and social security numbers of the parties and of any and all current or former employees of either of the parties or their affiliates.

TYSON & MENDES, LLP
5200 N. PALM AVE., STE. 311
FRESNO, CA 93704
(559) 500-2294

**STIPULATION RE CONFIDENTIALITY; ~~(PROPOSED)~~ PROTECTIVE ORDER**

So stipulated and agreed:

Dated: July 7, 2025                          MARDEROSIAN & COHEN


                                             */s/ Michael G. Marderosian*
                                             By:_____
                                             Michael G. Marderosian
                                             Attorneys for Defendants KERN
                                             COUNTY DISTRICT ATTORNEY'S OFFICE
                                             ("KERN COUNTY DA"), CYNTHIA ZIMMER,
                                             ANDREA KOHLER, GINA PEARL,
                                             and KENNETH RUSSELL

Dated: July 7, 2025                          TYSON & MENDES


                                             */s/ Deborah Reisdorph*
                                             By:_____
                                             Deborah Reisdorph
                                             Attorneys for Defendant
                                             COUNTY OF KERN

Dated: July 7, 2025                          LAWYERS FOR LEGAL RIGHTS LLP


                                             *Amber B. Derham*
                                             By:_____
                                             Amber B. Derham
                                             Attorneys for Plaintiff
                                             NISHI DAYAL

IT IS SO ORDERED.

    Dated:   **July 7, 2025**            _____
                                             UNITED STATES MAGISTRATE JUDGE

TYSON & MENDES, LLP
5200 N. PALM AVE., STE. 311
FRESNO, CA 93704
(559) 500-2294

STIPULATION RE CONFIDENTIALITY; (~~PROPOSED~~) PROTECTIVE ORDER

\* \* \* \* \*

## EXHIBIT "A"

## AGREEMENT CONCERNING INFORMATION COVERED BY CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

I have been designated by _____ as a person who may have access to "Confidential Information" as that term is defined in the Stipulation re Confidentiality and Protective Order (the "Order") entered in the above-entitled case.

Having read the Order, I agree to comply fully with it and to be bound by its terms with respect to all documents and information designated as "Confidential" under the Order. I agree not to copy any documents or information that have been designated as "Confidential" and disclosed to me and not to disclose such documents or information to any person or entity not authorized under the Order to view Confidential Information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this _____ day of _____, _____, at _____, California.

_____
Name (Signature)

_____
Address

_____
Employer

_____
Job Title

**STIPULATION RE CONFIDENTIALITY; ~~(PROPOSED)~~ PROTECTIVE ORDER**

TYSON & MENDES, LLP
5200 N. PALM AVE., STE. 311
FRESNO, CA 93704
(559) 500-2294

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tyson & Mendes, LLP
5200 N. Palm Ave., Ste. 311
Fresno, CA 93704
(559) 500-2294

**STIPULATION RE CONFIDENTIALITY; ~~(PROPOSED)~~ PROTECTIVE ORDER**